| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, V.I. Bar #766 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California  93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant |
| | JEFFREY BROHN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08 CR 00271 OWW |
|---|---|---|
| | ) | NO. 1:09 CR 00025 OWW |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | STIPULATION and ORDER TO CONTINUE |
| | ) | SENTENCING |
| JEFFREY BROHN, | ) | |
| | ) | Date:  June 29, 2009 |
| *Defendant.* | ) | Time:  1:30 p.m. |
| | ) | Court: Hon. Oliver W. Wanger |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for Defendant, Jeffrey Brohn, that the date for sentencing may be continued to June 29, 2009**. The date currently set for sentencing is June 15, 2009, at 1:30 p.m.  The new sentencing hearing date will be June 29, 2009, at 1:30 p.m. before District Judge Oliver W. Wanger in courtroom 3 on the 7th floor.**

This request for continuance is based on the following grounds:   1)  Defendant has moved to withdraw his plea and defense counsel needs more time to discuss this decision with Mr. Brohn, and to draft a declaration by Mr. Brohn.  In addition, there is additional discovery which might influence Mr.

///

///

Brohn's decision which his counsel would like to review.  2)  The government intends to oppose the motion to withdraw from the plea.  3)  Defense counsel needs time to investigate Mr. Brohn's formal objection; and, 4) Both parties are available June 29, 2009, at either 9:00 a.m. or 1:30 p.m.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel, and for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: June 5, 2009

By /s/David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: June 5, 2009

By /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
JEFFREY BROHN

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: June 8, 2009

/s/ OLIVER W. WANGER
Oliver W. Wanger, Judge
United States District Court