IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALLEN BROHN,<br><br>Petitioner,<br><br>vs.<br><br>UNITED SATES OF AMERICA,<br><br>Respondent. | Case No.: 1:09-cr-00025-AWI<br><br>RESPONSE TO PETITIONER'S REQUEST FOR RETURN OF $100 MANDATORY ASSESSMENT FEE<br><br>Doc. # 80 |

Currently before the court is a request by petitioner Jeffrey Allen Brohn ("Petitioner") for return of the $100 assessment fee imposed by the court at the time of Petitioner's sentencing on May 19, 2010. Petitioner requests return of the statutory $100 assessment because the judgment of conviction in case number 09cr0025, which contained the charge of violation of 18 U.S.C. § 2250(a), failure to register as a sexual offender, was vacated by order of the court on March 26, 2015. Doc. # 79. Petitioner is not entitled to a return of the mandatory assessment fee. At Docket Number 33, the Clerks Minutes of Proceeding shows that the above captioned case number was consolidated with earlier case number 08cr0271 for purposes of sentencing on May 19, 2010. Pursuant to the Clerk's Minute entry, Plaintiff was sentenced in case number 09cv0025 to a term of 88 months custody to be served *concurrently* with the term imposed in case number 08cr0271. The Clerk's Minutes reflects that a single mandatory assessment of $100 was imposed for the consolidated sentencing. Since the minimum mandatory assessment is $100

for any judgment of conviction, and since the conviction and the judgment was not vacated as to case 08cv0271, Petitioner is not entitled to a return of the $100 mandatory assessment fee.

THEREFORE, for the reasons stated above, it is hereby ORDERED that Petitioner's request for return of the mandatory assessment fee of $100 is DENIED.

IT IS SO ORDERED.

Dated:   July 16, 2015                                        _____
                                                                            SENIOR  DISTRICT  JUDGE